AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | **(For a Petty Offense)** — Short Form |
| MCCAIN, ALIYA M | CM/ECF Case No. 4:26-PO-00235-AGH |

Case No.   GM1

USM No.

Michael Simpkins/Daniel Lanclos
—————————————————————
Defendant's Attorney

**THE DEFENDANT:** MCCAIN, ALIYA M

☑ **THE DEFENDANT** pleaded guilty to count(s)   6 (E2536436)

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-5-20(a) | No Drivers License in Possession | 2/17/2026 | 6 |

☑ Count(s)   1(E2536435), 2(E2536434) 3(E2536433), 4(E2536432), 5(E2536437)   ☐ is   ☑ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $140.00 | $ 10.00 | $ 100.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 8184

Defendant's Year of Birth: 1997

City and State of Defendant's Residence:
FORT BENNING, GA

07/22/2026
—————————————————————
Date of Imposition of Judgment

—————————————————————
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
—————————————————————
Name and Title of Judge

07/22/2026
—————————————————————
Date